PRETRIAL SERVICES PETITION TO RECALL WARRANT

UNITED STATES OF AMERICA,
v.

Mary Noriega

**FILED**
MAR 02 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Docket No. 1:16-MJ-0013-EPG
Federal Charges: 21:846- Conspiracy to Possess With Intent to Distribute a Controlled Substance
18:1956 & 2- Money Laundering Conspiracy to Conceal and Disguise Nature, Location, Ownership, and Control of Proceeds of Specified Unlawful Activity; Aiding and Abetting

**COMES NOW,** Amaryllis Gonzalez, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Mary Rodriguez Noriega, who was placed on bond by the Honorable Erica P. Grosjean sitting in the Court at Fresno, California, on February 4, 2016, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S): 1.** You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **HOME DETENTION:** You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

**2.** You shall not associate or have any contact with Robert Reynoso and Jose Garcia Moreno, unless in the presence of counsel or otherwise approved in advance by Pretrial Services.

**CURRENT STATUS:** On February 25, 2016, Pretrial Services requested a warrant be issued for the defendant's arrest, charging several violations of her location monitoring and no contact condition. The Honorable Sheila K. Oberto, U.S. Magistrate Judge, signed the warrant on the afternoon of February 25, 2016. On February 26, 2016, the defendant made her initial appearance in the District of North Dakota via teleconference. At that time, the Court addressed the violations with the defendant and ordered her to remain on bond with the conditions previously ordered by Pretrial Services.

**PRAYING THAT THE COURT WILL ORDER** the bench warrant issued on February 25, 2016, RECALLED.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Amaryllis Gonzalez
U.S. Pretrial Services Officer

Dated: March 2, 2016

**ORDER**

☒ The Court hereby orders the bench warrant issued on February 25, 2016, RECALLED.
☐ The Court hereby orders this ex parte motion and order be sealed.
☐ The Court orders a summons be issued with an appearance date of
☐ The Court hereby orders this matter placed on this court's calendar on ___ at Click here to enter text. p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
☐ The Court orders no action be taken.
☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Dated: March 2, 2016